UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COLONY INSURANCE COMPANY,

                            Plaintiff,

  -against-

GAMMA USA, INC.,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 18 2021

ORDER

20 Civ. 9212 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 23, 2021 is hereby adjourned to May 4, 2021 at 9:30 a.m.

Dated: March 17, 2021
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE