UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COLONY INSURANCE COMPANY,

                       Plaintiff,

  -against-

GAMMA USA, INC.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 9212 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: AUG 0 3 2021*

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on August 10, 2021 is hereby adjourned to August 31, 2021 at 9:30 a.m.

Dated: August 3, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE