**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

COLONY INSURANCE COMPANY,

                Plaintiff,

    -against-                                ORDER

GAMMA USA, INC.,                     20 Civ. 9212 (GBD)

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from August 31, 2021 to October 5, 2021 at 9:30 a.m.

The parties shall submit a status letter no later than September 28, 2021.

Dated: August 30, 2021
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE