**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

COLONY INSURANCE COMPANY,

                        Plaintiff,

      -against-

GAMMA USA, INC.,

                       Defendant.

------------------------------------ x

ORDER

20 Civ. 9212 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The initial conference is adjourned from October 5, 2021 to November 9, 2021 at 9:30 a.m.

Dated: October 4, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge